# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**MIN-LI LIU**,

    Plaintiff,

        v.

**ALEJANDRO MAYORKAS**, in his official capacity as the Director of the U.S. Citizenship and Immigration Services,

    Defendant.

Case No. 2:10-cv-04168-RGK-MAN

**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

JS-6

    Before the Court is the parties' voluntary stipulation of dismissal without prejudice. Said stipulation is hereby granted.

**IT IS SO ORDERED.**

Dated: September 2, 2010

_____
R. GARY KLAUSNER
United States District Judge